IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00994-CMA-MJW

WCM INDUSTRIES, INC.,

Plaintiff(s),

v.

AMERICAN BRASS & ALUMINUM FOUNDRY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Notice of Settlement and Unopposed Motion to Vacate Settlement Conference (docket no. 23) is GRANTED. The Settlement Conference set before Magistrate Judge Watanabe on October 28, 2010, at 1:30 p.m. is VACATED. The parties have filed their Stipulated Consent Judgment (docket no. 23-1).

It is FURTHER ORDERED that the Final Pretrial Conference set before Magistrate Judge Watanabe on June 30, 2011, at 8:30 a.m. is also VACATED.

Date: October 27, 2010